1           IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF OREGON

3                      PORTLAND DIVISION

4
UNITED STATES OF AMERICA,        )
5                                )
                     Plaintiff,  )  Case No. 3:17-mj-00188
6                                )
           v.                    )
7                                )  November 17, 2017
JUAN CARLOS RAMON,               )
8                                )
                     Defendant.  )  Portland, Oregon
9  _____)

10

11

12

13                    FIRST APPEARANCE

14              TRANSCRIPT OF PROCEEDINGS

15           BEFORE THE HONORABLE PAUL PAPAK

16     UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

1                              APPEARANCES

2    FOR THE PLAINTIFF:
                           JANE H. SHOEMAKER
3                          U.S. Attorney's Office
                           1000 SW Third Avenue
4                          Suite 600
                           Portland, OR 97204
5
     FOR THE DEFENDANT:
6                          THOMAS E. PRICE
                           Federal Public Defender's Office
7                          101 SW Main Street
                           Suite 1700
8                          Portland, OR 97204

9    FOR THE DEFENDANT:
                           MICHAEL OWENS
10                         Owens & McBreen, P.C.
                           319 SW Washington Street
11                         Suite 614
                           Portland, OR 97204
12

13

14

15

16

17

18   COURT REPORTER:    Jill L. Jessup, CSR, RMR, RDR, CRR, CRC
                         United States District Courthouse
19                       1000 SW Third Avenue, Room 301
                         Portland, OR 97204
20                       (503)326-8191

21

22                              *   *   *

23

24

25

1                          TRANSCRIPT OF PROCEEDINGS

2                             (November 17, 2017)

3    (In open court:)

4              MS. SHOEMAKER:  Good afternoon, Your Honor.  The

5    first matter on the Court's calendar is Case No. 17-mj-188.

6    United States v. Juan Carlos Ramon.  Jane Shoemaker for the

7    United States.  The defendant is present, in custody, and with

8    him today are both Tom Price, from the Federal Public

9    Defender's Office, and also Michael Owens, who, I believe, the

10   defendant may have retained as counsel in this matter.

11       This is on for an initial appearance on a criminal

12   complaint charging the defendant with production of child

13   pornography.

14             THE COURT:  Thank you.

15             MR. PRICE:  Good afternoon Your Honor.  Thomas Price

16   from the Federal Defender's Office.  I've had a chance to speak

17   with Mr. Juan Ramon in lockup.  I've helped him up to this

18   point.  I'm just going to ask the Court to appoint the

19   defender's office for purposes of this appearance only.  I

20   think that makes sense.  I've consulted with Mr. Owen who is

21   standing in for Richard McBreen.  He's going to be the counsel

22   in this case henceforth.

23       And so we're ready to proceed.

24             THE COURT:  All right.  Let me just make sure we're

25   clear both through Mr. Ramon and through Mr. Owens.  Your firm

1    or whoever -- whoever you work -- your partner is going to

2    represent Mr. Ramon going forward?

3              MR. OWEN:  Yes.  That's correct, Your Honor.

4              THE COURT:  And you're prepared for today, Mr. Price,

5    who did the workup of the morning case -- to let Mr. Price,

6    from the Federal Defender's Office, represent Mr. Ramon?

7              MR. OWEN:  I am, Your Honor.

8              THE COURT:  Mr. Ramon, do you understand all of that,

9    and is that okay with you?

10              THE DEFENDANT:  It is, Your Honor.

11              THE COURT:  Mr. Price, let me ask you, have you had a

12    chance to review with Mr. Ramon the complaint in this matter?

13    How would he like to proceed?

14              MR. PRICE:  Your Honor, we have read the complaint.

15    He's prepared to proceed how he's named in the complaint.  He

16    understands he has a right to a preliminary hearing at this

17    time should he so decide to have one.  He is prepared to waive

18    that right.

19              THE COURT:  All right.  Thank you.

20         Mr. Ramon, let me review here with you your rights and

21    make sure you understand what we're doing.  So far there's a

22    complaint filed in your case.  You don't have to enter a plea

23    to that today.  You have a right to be represented by a lawyer

24    in this case, and I have appointed Mr. Price and his office to

25    represent you for today's purposes only, and then it appears

1  that private counsel that you or your family has retained will

2  take over the representation going forward.

3      You have the right to what's called a preliminary hearing

4  today.  It's a hearing before me to determine if there's enough

5  evidence to justify holding you over for further proceedings in

6  this matter, and so you waived that hearing.  So the next thing

7  we'll schedule will be an arraignment date, presuming this goes

8  to a grand jury and they enter an indictment or approve of an

9  indictment, and then we'll bring you back to enter your plea

10 and move forward with that.

11     You have the right to remain silent about the allegations

12 contained in the complaint.  Anything you say about them could

13 be used against you, so I would encourage you to talk to

14 Mr. Price today and to Mr. Owen or through your other counsel,

15 once he appears in this matter, before you speak to anyone else

16 about this case.

17     And, finally, you have the right to have me decide today

18 whether there are any conditions that will allow for your

19 release from custody pending further proceedings.

20     Do you understand all of that?

21          THE DEFENDANT:  Yes, Your Honor.

22          THE COURT:  All right.  When is it going to go to the

23 grand jury?  Do you know?

24          MS. SHOEMAKER:  Yes, Your Honor.  I have it scheduled

25 for a week from Tuesday -- I believe it's the 28th -- because

1    the grand jury is not meeting next week.  So we plan to go that

2    Tuesday.

3              THE COURT:  You want to set this for arraignment that

4    week, then?

5              MS. SHOEMAKER:  Sure.  That will be fine, Your Honor.

6              THE COURT:  29th or 30th?

7              MS. SHOEMAKER:  That would be fine, Your Honor.

8              THE COURT:  Any preference?

9              DEPUTY COURTROOM CLERK:  I would suggest the 30th.

10             THE COURT:  Why?

11             DEPUTY COURTROOM CLERK:  Because time for processing.

12             THE COURT:  Look at the 30th.

13             MR. OWEN:  30th looks good, Your Honor.

14             THE COURT:  All right.  Set this for arraignment for

15   the 30th of November, 1:30 p.m., before me.  Okay?

16      Mr. Ramon and Mr. Price, pretrial here is recommending

17   detention, at least preliminarily.  This is a presumption case,

18   and they haven't been able to follow up information to complete

19   a full bail report.

20      Are you prepared to set this over to Monday or Tuesday for

21   a detention hearing?

22             MR. PRICE:  My understanding from Mr. Owen,

23   Your Honor, is they would be prepared to help him with his

24   detention hearing on Tuesday.

25             THE COURT:  All right.  I'll set this matter for next

1  Tuesday, which is the 21st, I believe -- yeah, the 21st -- at

2  1:30 p.m. for a detention hearing.

3      Mr. Ramon, Federal Rules of Criminal Procedure require me

4  to keep you in custody pending that hearing, so you will

5  temporarily be detained.  Next Tuesday you'll have the

6  opportunity to appear before me, make any showing you want or

7  have that you -- there are conditions that would allow for your

8  release from custody, and I'll make a decision after that full

9  hearing at that time.  All right?

10          THE DEFENDANT:  Yes, Your Honor.

11          THE COURT:  Anything else, Ms. Shoemaker?

12          MS. SHOEMAKER:  Just for the record I'll note that we

13  are requesting detention on both flight risk and danger to the

14  community and the rebuttable presumption applies, so --

15          THE COURT:  I assumed that would be the case.  Thank

16  you for making it clear.

17      Anything else, Mr. Price?

18          MR. PRICE:  I believe nothing further, Your Honor.

19          THE COURT:  All right.  Thank you.

20                  (Hearing concluded.)

21

22

23

24

25

1

C E R T I F I C A T E

2          United States of America v. Juan Carlos Ramon

3                          3:17-mj-00188

4                         FIRST APPEARANCE

5                        November 17, 2017

6

7              I certify, by signing below, that the foregoing is a

8     true and correct transcript of the record, taken by

9     stenographic means, of the proceedings in the above-entitled

10    cause.  A transcript without an original signature, conformed

11    signature, or digitally signed signature is not certified.

12

13    /s/Jill L. Jessup, CSR, RMR, RDR, CRR, CRC

14    _____
      Official Court Reporter    Signature Date: 12/6/17
15    Oregon CSR No. 98-0346      CSR Expiration Date:  9/30/20

16

17

18

19

20

21

22

23

24

25