# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN CARLOS RAMON, a/k/a<br>Carlos Ramon, Juan Ramon, and<br>"@lexithetiger,"<br><br>Defendant. | 3:17-CR-00437-JO<br><br>INDICTMENT<br><br>18 U.S.C. §§ 2251(a) and (e)<br><br>Forfeiture Allegation |

## THE GRAND JURY CHARGES:

### COUNT 1
### (Production of Child Pornography)
### (18 U.S.C. §§ 2251(a) and (e))

On or about June 28, 2017, in the District of Oregon and elsewhere, defendant **JUAN CARLOS RAMON,** using the screen name "@lexithetiger," did knowingly employ, use, persuade, induce, entice, and coerce "MV1," a minor, to engage in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be

Revised 03/2017

transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce;

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2
### (Production of Child Pornography)
### (18 U.S.C. §§ 2251(a) and (e))

On or about June 28, 2017, in the District of Oregon and elsewhere, defendant **JUAN CARLOS RAMON**, using the screen name "@lexithetiger," did knowingly employ, use, persuade, induce, entice, and coerce "MV2," a minor, to engage in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce;

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## FORFEITURE ALLEGATION

Upon conviction of either of the offenses alleged in Counts 1 and 2 of this indictment, defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, any and all matter which contains visual depictions produced, transported, shipped, or

transmitted in violation thereof, and any and all property used or intended to be used in any manner or part to commit or promote the commission of the aforementioned violations.

DATED this 5 day of December 2017.



A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

JANE SHOEMAKER
Assistant United States Attorney